Deanne C. Ayers (#030486)
Ayers & Ayers
4205 Gateway Drive
Colleyville, Texas 76034
817-267-9009 Telephone
817-318-0663 Facsimile1
dayers@ayersfirm.com
betty@ayersfirm.com
Attorney for Defendants
*Arthur J. Gallagher & Company
and Arthur J. Gallagher Risk
Management Services, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FREDERICK S. HUBBELL and CHARLOTTE B. HUBBELL, wife and husband,<br>    Plaintiffs,<br>v.<br><br>ARTHUR J. GALLAGHER & COMPANY, a foreign corporation; ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC., ET AL<br>    Defendants. | No. _____<br><br>**DEFENDANTS' NOTICE OF REMOVAL** |

Defendants Arthur J. Gallagher & Company and Arthur J. Gallagher Risk Management Services, Inc. (collectively "Defendants") file this Notice of Removal, showing the following grounds:

1.   On March 29, 2021, Plaintiffs filed an action in the Superior Court of the State of Arizona, in and for the County of Maricopa, styled *Frederick S. Hubbell and Charlotte B. Hubbell v. Arthur J. Gallagher & Company, a foreign corporation, and Arthur J. Gallagher Risk Management Services, Inc,* Case No. CV 2021-050997. A true

Page 1

and correct copy of the state court's docket, including all process, pleadings and orders served upon Defendants in the state court action, is filed with this notice as required by 28 U.S.C. §1446(a) and Local Rule 3.7, and attached hereto as Exhibit "1."

2. Plaintiffs commenced this action against Arthur J. Gallagher & Company, a foreign corporation, and Arthur J. Gallagher Risk Management Services, Inc. Service on Arthur J. Gallagher & Company was effectuated through its statutory agent on April 2, 2021. Service on Arthur J. Gallagher Risk Management Services, Inc., was effectuated through its statutory agent on April 2, 2021. Therefore, this notice of removal is timely filed under 28 U.S.C. §1446(b), within thirty (30) days of receipt of the initial pleading setting forth the claim for relief and summons.

3. All Defendants consent to removal of this action to the United States District Court.

4. The United States District Court has original jurisdiction over this action based upon diversity of citizenship between the parties, as explained below. To the best of Defendants' knowledge, Plaintiffs are citizens of the State of Iowa. Defendants are now, and were at the time the action was commenced, diverse in citizenship from Plaintiffs. Arthur J. Gallagher & Company is incorporated in the state of Delaware, with its principal place of business being located in Rolling Meadows, State of Illinois, and was domiciled there at the time this action was commenced. Arthur J. Gallagher Risk Management Services, Inc., is incorporated in the State of Illinois, with its principal place of business being located in Rolling Meadows, State of Illinois, and was domiciled there at the time this action was commenced.

5. Plaintiff's Complaint brings causes of action for negligence. Plaintiffs allege the value of their case exceeds One Million Dollars.

6. Therefore, because this action is wholly between citizens of different states, and because the amount in controversy exceeds $75,000.00, exclusive of interest and

costs, this court has original jurisdiction over this cause pursuant to 28 U.S.C. §1332(a)(1).

7. Under 28 U.S.C. §1441(a), venue of the removed action is proper in this court as the district and division embracing the place where the state action is pending.

8. Defendants, the removing parties, will promptly give the adverse parties written notice of the filing of this Notice of Removal as required by 28 U.S.C. §1446(d). Defendants will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of Arizona, in and for the County of Maricopa, where the action is pending, also pursuant to 28 U.S.C. §1446(d).

WHEREFORE, Defendants, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. §1446 and Local Rule 3.7, remove the case styled *Frederick S. Hubbell, et ux v. Arthur J. Gallagher & Company, et al*, Case No. CV2021-050997, from the Superior Court of the State of Arizona, in and for the County of Maricopa on April 22, 2021.

**RESPECTFULLY SUBMITTED** this  22nd  day of  April, 2021.

By: */s/Deanne C. Ayers*
Deanne C. Ayers *#030486*
Licensed: Arizona | Colorado| Massachusetts| New York| Oklahoma |South Dakota| Texas
Ayers & Ayers
4205 Gateway Drive, Suite 100
Colleyville, Texas 76034
817-267-9009 Telephone
817-318-0663 Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of April, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the following CM/ECF participants.

> Steven P. Kramer
> Law Offices of Steven P. Kramer
> 4249 E. Sahuaro Drive
> Phoenix, Arizona 85028
> steve@kramerlawaz.com
> *Attorney for Plaintiffs*

_/s/Betty Hein_

Page 4